ALLSTATE INSURANCE CO.,
Plaintiff–Appellee,

v.

Bambi LIZOTTE a/k/a Bambi Francis,
Defendant–Appellant,

Ruth Lizotte, as Administratrix of the Estate of Terry Lizotte; Ruth Lizotte, as Guardian for minor children Nicholas Lizotte, Jay Lizotte and Terry Lizotte, Jr.; Ruth Lizotte, Individually; James Mongeon; Wayne Miller; The United States of America;

Bernard Chartier; Mark Brierre; Nicholas Ruggiero; Daniel Slowick; Eugene Bisson; Dolly Bisson, Defendants.

No. 00–7758.

United States Court of Appeals, Second Circuit.

Feb. 22, 2001.

Bambi Lizotte, East Middlebury, VT, pro se.

Patricia S. Orr, Wilson Powell & Lang, Burlington, VT, for appellee.

Present KEARSE, LEVAL, and KATZMANN, Circuit Judges.

## SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the District of Vermont, and was submitted by appellant *pro se* and by counsel for appellee.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Chief Judge Murtha's Ruling on Cross Motions for Summary Judgment, dated April 20, 2000.

We have considered all of appellant's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.